UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

LOREN J. MONTANO

    Plaintiff,

- against-

PHILIP RAMOS

    Defendant.

---

03 Civ. 1506 (ADS) (ARL)

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for all parties hereto that the Intervenor-Plaintiffs action be and the same hereby is dismissed with prejudice and without costs to any party as against any other.

Dated: North Babylon, New York
       December 3, 2003

_____
WILLIAM D. WEXLER (WW9455)
Attorney for Intervenor-Plaintiffs
816 Deer Park Avenue
P.O. Box 2310
North Babylon, New York 11703
631-422-2900

BEE, READY, FISHBEIN, HATTER
& DONOVAN, LLP
By: Peter A. Bee, Esq. (PB    )
170 Old Country Road
Mineola, NY 11501
516-746-5599

SO ORDERED

ARTHUR D. SPATT, U.S.D.J.
1/13/04

mr. Wexler
MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT.