UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LOREN J. MONTANO, PHILIP RAMOS,
LEONARD D. FILLYAW, HORDAN K. WILSON,
JR., and LUIS OLIVERA on behalf of themselves
and all other similarly situated persons,

                               Plaintiffs,

    -against-

SUFFOLK COUNTY LEGISLATURE, et al.,

                               Defendants.
-----------------------------------------------------------------X

JUDGMENT
03-CV- 1506 (DLI)

      A Memorandum and Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on July 21, 2006, adopting the Report and Recommendation of Magistrate Judge Arlene R. Lindsay, dated March 29, 2006 in part and modifying it to the extent that the Court additionally awards plaintiffs $4,020.00 for preparing the underlying motion for attorneys' fees and objections to Magistrate Judge Lindsay's Report and Recommendation; and awarding plaintiffs' a total of $21,151.80 in fees and costs; it is

      ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Arlene R. Lindsay is adopted in part and modified to the extent that the Court additionally awards plaintiffs $4,020.00 for preparing the underlying motion for attorneys' fees and objections to Magistrate Judge Lindsay's Report and Recommendation; and that plaintiffs' are awarded a total of $21,151.80 in fees and costs.

Dated: Brooklyn, New York
       July 24, 2006

                                                        ROBERT C. HEINEMANN
                                                        Clerk of Court